UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

JAMES LINCOLN DUFFY,

               Debtor.

Chapter 7

Case No. 04 B 23560 (ASH)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JAMES LINCOLN DUFFY,

               Plaintiff,

   -against-

LAURA MAYER TABACK,

               Defendant.

Adv. Proc. No. 04-08855A

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **ERRATA SHEET**

The Opinion After Trial dated September 16, 2005 issued in this adversary proceeding should be amended to add the following as attorneys for Debtor-Plaintiff:

> Kramer Kozek, LLP
> Attorneys for Debtor-Plaintiff
> By: Barry Abbott, Esq.
> 445 Hamilton Avenue
> Suite 604
> White Plains, NY 10601

Dated: White Plains, NY
       September 19, 2005

                                             /s/ Adlai S. Hardin, Jr.
                                                   U.S.B.J.