UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

JAMES LINCOLN DUFFY,

                Debtor.

Chapter 7

Case No. 04 B 23560 (ASH)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JAMES LINCOLN DUFFY,

                Plaintiff,

    -against-                         Adv. Proc. No. 04-08855A

LAURA MAYER TABACK,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ERRATA SHEET

The Opinion After Trial dated September 16, 2005 issued in this adversary proceeding should be amended as follows:

> ***As it appears on the docket***, add "not" before "discharged under subsection (15) unless either subsection (A) or (B) applies." in line 3 of the first paragraph on page 14.

Dated: White Plains, NY
       October 4, 2005

                                        /s/ Adlai S. Hardin, Jr.
                                             U.S.B.J.